IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2007 JAN 23 A 9:28

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

__Tony Lamar Pinkard Sr.__
Full name and prison number
of plaintiff(s)

v.

__Craig Davidson__

_____

_____

_____

Name of person(s) who violated
your constitutional rights.
(List the names of all the
persons.)

CIVIL ACTION NO. __3:07-CV-70-MEF__
(To be supplied by Clerk of
U.S. District Court)

I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ( ) NO (✓)

B. Have you begun other lawsuits in state or federal court relating to your imprisonment? YES ( ) NO (✓)

C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

  1. Parties to this previous lawsuit:

     Plaintiff(s) __Tony Lamar Pinkard Sr.__

     Defendant(s) __Craig Davidson__

  2. Court (if federal court, name the district; if state court, name the county) ~~The State of Ala~~

     ~~_____~~

     __Randolph County__

3. Docket number _____

4. Name of judge to whom case was assigned _____
   _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____
   _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT Lee County Detention Center Opelika AL, 36801

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED Randolph County Jail

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| NAME | ADDRESS |
|---|---|
| 1. C.O. Craig Davidson | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |
| 6. | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED On the Day of January 9th 2007 in Randolph County Jail

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: Cruel and unusual punishment and Police Brutality

2

**STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND.** (State as best you can the time, place and manner and person involved.)

CO Craig Davidson came up to Cell Block B and told me to pack my stuff I was going to lock up so I got up started to pack he pepper spraid me and took me down stairs he slammy head against the wall he had the hand cuffs so tight they damyed the nerves in my right hand he hit me in side of my head with a water hose.

**GROUND TWO:** Wittness that saw the whole thing CO Smith who lied. CO Stacy Boyd who seen me get assualted by CO Davidson.

**SUPPORTING FACTS:** The Jail house Video Camra will state and support my facts what happen on Jan 9, 2007. It will show I was not refuzing to go to lock up or I was not opossing any threat to the Officer. The officer stated that he would fucking kill me. I feel like he is try to hurt me the next time I will defend my self I'm doing this so it wont go that fare.

**GROUND THREE:** I seen a doctor At Lee County

**SUPPORTING FACTS:** Supporting facts Requesting for copies from doctor from Lee County Detention Center for my legal file they refused to give me copies of the chart on my right hand.

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I wont all my Cases transfured from Randolph County to Chambers County be cause of brutality. Case No: TR-01-1191 Case No: DC05-162, 569 and my Child Suport. I want the Officer to pay for my pain and Suffring. If this court is Hounorble I Ask you for Justice Please. Don't know body Decerve to be treated like a Dog. I'm still Human. I would Like a hearing or court Date to prove my facts.

_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on January 20th, 2007.
                  (Date)

_____
Signature of plaintiff(s)

4

Tony Lamar Pinkard
Lee County Detention Center
P.O. Box 2407
Opelika, AL 36801

Legal Mail

36101+0711 B007

MONTGOMERY AL 351
22 JAN 2007 PM 2 L

Office of The Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama 36101-0711

Official Business

