**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

C. O. Craig Davidson
Randolph County Jail
County Courthouse
Wedowee, AL 36279

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _John Mote_ ☐ Agent
☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
John Mote    3/12/2007

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below:    ☐ No

3:07CV 70
Ct o of proc    (40)

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

☐ Yes

102595-02-M-1540

2.