In The Untied States District Court
For The Middle District of Alabama
Eastern Division

(1)

Court Copy

Tony Lamar Pinkard Sr.
   Plaintiff,

V.

Craig Davidson,
   Defendant,

Civil Action NO: 3:07-CV-70-MEF

RECEIVED
2007 MAR 16 A 10:12
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Plaintiff Special Report

Come now Plaintiff Tony Lamar Pinkard Sr. (hereafter, "Tony Pinkard" or "Plaintiff"), and Submits his Special Report to the Court as follows:

## I. Introduction

The Plaintiff filed his Complaint in the United States District Court for the Middle District of Alabama on January 23, 2007. In his Complaint the Plaintiff alleges that the Defendant did!! Subjected him to cruel and unusual punishment!! and police brutality!! On January 9, 2007

## II. Plaintiffs Response to Defendant's Allegations

The Plaintiff alleges that he was subjected to cruel punishment and police brutality, in contravention of the Eight Amendment and Fourteenth Amendments of the United States Constitution respectively.

## III. Plaintiffs Response to Defendant's Allegations

Plaintiff Tony Lamar Pinkard States true facts about his complaint and is willing to Swear under oath that its the truth and nothing but the truth So help me God.

A. Facts: Plaintiff was incarcerated at the Randolph County Jail on January 8, 2007 on charges of failure to Appear for Child Support, Domestic violence (Harassment) and D.U.I. Plaintiff was in Chambers County Jail for Dis. ord. Conduct. Randolph County was not suppose to come pick me up Lee County was so Randolph County Interfered with other police business, as usual.

Fact (1) <u>Response to Defendants Allegations         Incident Report 0500 AM</u>
<u>C/O Smith Allegation</u>

First of why, Smith didn't report to the Sgt. that was incharge on that Shift.

Second of all the Jail doors has to be open to feed Inmates for #one and for #two how can I beat on a door that is opened up with a officer Standing in the door way. The Jail Camera is behind a tinted window and it was in Plain view of B-Block because the lights was on, And the Cell Block Door windows is got really bad scratches on the Plessy Glass window. It is not any way Smith Could have Seen Pinkard through the Glass window. It is About 80 more Inmates in that Jail how can Smith Say It was me who was making a great deal of nose that night. He cant he dont know who it was. Read Smith Incident Report he states that the Plaintiff witch is Pinkard did not say any thing else. Where did I curse this was at 0500 AM Smith States this in his Statement. Why did Davidson come up and Spray Pinkard If the Incident Report said Pinkard did not say any thing else. To me this is some personal problem Davidson got against Pinkard. In Smith Affidavit he States that Pinkard was yelling cursing generally making an excessive amount of nose keeping other Inmates awake. If this Jail is so up to date why dont they have any Inmate Grievances forms from any Inmates that Pinkard needs to be moved If they are so personal. #one There are no Intercoms in the cell Block. Beating is the only way to get officers attention. Question any Inmates in the Randolph County <u>Jail</u>

Part of #(2) how they get Officers attention and you will see.

**Fact (2) Responce to Defents Allegations Incident Report 7:20 AM**
**Matthew Fendley**

First of all Fendley has a problem with Pinkard also Fendley has harassed Pinkard with Davidson in other insadence on 11-29-05 They know they was wrong Pinkard was not Charged. This show Davidson and Fendley has harassed Pinkard before now. Fendley lies on his incident Report too. He states that him and Davidson came up stairs to talk to me (Pinkard) about what was going on. Fendley was not anywhere around when Pinkard was sprayed he lied and also, the lawer. Fendley states in his Affidavit when Davidson sprayed Pinkard he was enabled to the handcuffs could be put on how can the handcuffs not be double lock. There fo Pinkard was not refusing or was verbally Abusive and argumentive it states loud and clear in his Affidavit. Fendley is not a doctor or a nurse he can't say if I was hurt or injured because I was not seen by a doctor that day. I was transfered to Lee County Jail, 30 minutes to an hour later.

**Fact (3) Responce to Defendents Allegation Incident Report 0720 AM**

First of all Davidson states when he sprayed Pinkard it enabled him to handcuff Pinkard without injury to either the Plaintiff or him it takes two or three seconds to double lock handcuffs. Why weren't they Double Lock. People that is on Drugs is not that stuped they know If you got handcuffs on you dont move and struggle they will tignten up. So I'm not that stuped to struggle with handcuffs that is not doublelock. Davidson did not intend to lock the handcuffs. Davidson had Pinkard fingers bent toward his four arm think about how bad that would hurt with handcuffs on. Davidson weight about 230 pounds and Fendley weight about 260 pounds who played profesinal foot ball I weigh 180 ponds so you tell me If the same two people held you could you move No!!! Davidson states Pinkard continued to struggle and rasst and hit his own head against the water hose, Pinkard was on his knees when this was

[sketch of hand with arrow labeled "Hand bent"]

Police use this when they arrest some one This is to show what I mean

going on with the water. This cart ~~was~~ has comen since A flexeble water hose is not going to hurt if you hit your own head on it come on people. Read Davidson Affidavit #13 states garden Hose! He whipped me one time in the right ear hard as Hell I'm sorry for the expresion. I got Chemical Spray in my face why would I want to Struggle and resist I wanted the water on my face. The Knot is Still behind my ear now. Davidson Knew I had Athma but he Still sprayed me with that spray. The reason I did not get medical treatment at Randolph County Jail because I got transferred that same day. Neither officer states that Pinkard was asleep when they came up stairs I had on my pants thats all I had on when I was took out side it was 40°% degress out side. I had no shoes on or any thing else on my back. Read Davidson Aff at 11. it states it is possible that the handcuffs tightened on Pinkard wists to the point where It cause pain. you got to push on cuffs not pull against cuffs to tighter up. Davidson Bent Pinkard wists to cause pain. He states Pinkard was handcuff a few minutes thats a LIE. we had to go through a lock, door wait on the elvator then go down stairs. It takes more then a few minutes to wash off Chimical Spray. Davidson did threaten Pinkard and did cause pain to his rights ear and wists.

**Read Davidson Aff #11**

**Fact(4)** Resporce to Defendants Allegation Incident Report
## Stacy Boyd

First of all Boyd states she witnessed every thing why didnt she Make an Incident Report because she didnt see any thing but washing my head and Davidson hit me with the hose. She ask me was I allright if she didnt think I was hurt why would she ask that if she didnt think I was hurt. Also Boyd is Pinkard Second Cousin and is not telling the truth either and afraid of losing her Job.

## Notes
Every bodies Affidavid is Notarized but Fendlays because he didnt see any thing.

## Doctor Notes

1/16/07 States he does seem to have strength and movement in the right thumb and forefinger But! he has subjective numbness in the expected area of the radial nerve branch distribution. Impression right hand neuropathy probably from pressure from hand cuffs placement. We'll recheck him in one week to see how his hand is doing. And Doctor McFarland MD made a tape recorder of the wrists and ear. See Lee County medical Carite from: prescription for Noprosyn for pain right wrists and discofort. Inmate Request from for I.B. Profen for pain and notes March 2, 2007. The lawer for the Defendants lied on his Legal argument saying the Lee County Physcian Indicate I did not deems it significant enough to even prescribe an aspirin for it, he would recheck in a week. Why did the Doctor write the pain medication for me. I have my copy of the medication sheet look at the medication book. The Defendants Lawer or Nether of the Defendant can say my injuries were De minimis.

## Motion for Summary Judgment

On a Motion for Summery Judgment the Court should view the Evidence closer than they should because there is ling and contridicting there self, and the lawer also. I ask this Court to have a Jury Trile on this case then the truth will come out. And order for more medical treatment on my right wrists and you will see I have no use of my right hand or can't hardly hear out of my right ear. I want this Court to make him pay for what he has done and I would like to have my Court Documents Transfered from this County to Chambers County.

B. Motion for Summary Judgment
Plaintiff respectfully Requests that this honorable Court treat this Special Report as a motion for Summary Judgment and grant a Jury Trial.

Tony Lamar Pinkard Sr.
Lee county Detention facility
Post Office Box 2407
Opelika Alabama 36801

## Certificate of Service

I hereby certify that on this 8th Day of March 2007 I have Serve the foregoing Copies by U.S. Mail

S/Scott Gosnell
Scott W. Gosnell Bar Number: GOS002
Attorney of Defendant
WEBB & ELEY P.C.
7475 Halcyon Pont Road
P.O. Box 240909
Montgomery AL, 36124
Telephone 334-262-1850
Fax 334-262-1889
Email sgosnell@webbeley.com

Tony Lamar Pinkard Sr.
Date: 3-8th-2007

## Plaintiff's Statment of Facts

Fendley, Davidson, Smith, and Boyd all there Affidavits and Statments and Incident Reports are the same. Smith and Joe Dill crystal feed breakfast trays that morning why didn't he give a statement or make an Incident report. If It was a big deal there was a Sgt. Sargent on that Shift that night who had a higher rank S/O Sharron why she didn't make a report, these officers is ling and the truth is not in them. In sorry for being Straight forward but thats the truth. Life is somthing that you live for your self not for no one els. I know you all have heard the saying If you back a Dog in a corner that Dog will get tired and bit back so this is the Second time Officers has cause me a great deal of pain and injury and Im tired of it. I can only run so far and take so much. If you build up enough of pressure on a Steal pipe it will burst. I ask this court to investagate the two other witnesses that had knowledge of this insedent they will tell the truth because they are church going people. Thats why they were not aloud to make a Statement.

## Certificate of Service

I hereby Certify that on this 8th Day of March 2007 I have Serve the forgoing copies by U.S. mail.

Scott Gosnell
and

United States Distric Court

MONTGOMERY AL 361
15 MAR 2007 PM 2 T

MARCH IS
KIDNEY MONTH
GIVE TO THE NATIONAL
KIDNEY FOUNDATION

Tony Lamar Richard Sr.
Lee County Detention Facility
Post Office Box 2407
Opelika Alabama 36801

Legal Mail

Office of The Clerk
United States District Court
Post Office Box 711
Montgomery Alabama 36101-0711
Official Business

36101+0711