In The District Court
for The Middle District of Alabama
Eastern Division

Tony Lamar Pinkard Sr.
  Plaintiff

v.                           Civil Action No: 3:07-CV-70-MEF

Craig Davidson
  Defendant

RECEIVED
2007 MAR 16 A 10:12
P. HACKETT, CL
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## Motion for Jury Trial

Come now Tony Lamar Pinkard Sr. I am asking this Court for a Trial to show I am telling the truth the whole truth nothing but the truth. Every one will be under oath. I Ask this Court to Sepeora all parties that is involved in this Case. Doctor Nurse Defendants and witnesses.

## Certificate of Service

I here by Certify that on this 8th Day of March 2007 I have Serve the foregoing Copies by U.S. Mail

                    Defendant Attorney
                    Scott Goswell
                       and the
                    United State District Court

Signature: _[signature]_
Date: March 14th, 2007

Sworn To and Subscribed before me ____ day of March 20__

_____
Notary Public
my Commission Expires: _____

  Refused to Notarize
Officer Vance  to Lieutenant Welch