In The United States District Court
for The Middle District of Alabama
Eastern Division

Tony Lamar Pinkard Sr.,
    Plaintiff,

V.

Craig Davidson
    Defendant,

Civil Action No: 3:07-CV-70-MEF

## Motion for Apointment of Counsel

Come Now Tony Lamar Pinkard Sr. is Requesting for Apointment of Counsel. I was Granted Proceed In Forma PauPers Pursuant To 28 U.S.C. 1915 on the Day of Febuary 24, 2007 Under the Indigent Status.

## Certificate of Servise

I hereby Certify that on this 8th day of March 2007 I have Served the forgoing a copy by U.S. Mail.

        Defendand Attorney
        Scott Gosnell
        and the
        United States District Court.

        Tony Lamar Pinkard Sr.
        Date: 3-8th-2007

(1)

Signture: _____
Date: March 19, 2007

Sworn To and Subscribed befor me this ____ day of March, 20__

_____
Notary Public


My Commission Expires: _____

Officer Yancy and lieutenant Welch Refused to Notarize Legal work because is is a C/O Officer who is in this case I sent 5 Request forms to both.