In The United States District Court
For The Middle District of Alabama
Eastern Division

Tony Lamar Pinkard Sr
    Plaintiff,

V.                                  Civil Action No: 3:07-CV-76-MEF

Craig Davidson
    Defendant.

## Motion For Transfere of Court Documents

Come now Tony Lamar Pinkard Sr. is Asking this Court to Grant this Motion For Transfere of Court Documents from Randolph county court to Chambers County Court due to Cruel and unusual punishment and Police brutality violation of my Eighth Amendment and Fourteenth Amendment right. I fear for my life and fear that The officers will hurt me in worse ways than they already have. I am afasid and will not let another officer or C/O hurt me in any kind of way. The Defendant has theaten to kill me. I will protect my self in any way I can to keep any one from hurting or injureing me very badly. I think this is the best way to avoide it If you got hurt by some one and they theater you you will protect your self to so put your self in my shoes would you want to go back to the same place that hut you and theater to take you life. No you wouldn't I repeat I will not let another person or officer hurt me again. I will defend my self any way, I got to no matter what I got to do to do it. They could take me on the out side of the Jail and shoot me and say I tryed to escape.

Certificate of Service

Part of (1)

I hereby Certify that on this 8th day, of March 2007 I have serve the forgoing a copy by U.S. Mail.

Defendant Attorney
Scott Grinnell
and the
United States District Court