IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| TONY LAMAR PINKARD, SR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 3:07-CV-70-MEF |
| | ) |
| CRAIG DAVIDSON, | ) |
| | ) |
| Defendant. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for jury trial filed by the plaintiff on March 16, 2007 (Court Doc. No. 12), in which the plaintiff requests that this case be set for a jury trial on his claim against defendant Davidson, and, and for good cause, it is

ORDERED that this motion be and is hereby DENIED. The plaintiff is hereby advised that the court has entered this document on the docket as a demand for jury trial.

Done this 19th day of March, 2007.

                                                    /s/ Wallace Capel, Jr.
                                                  WALLACE CAPEL, JR.
                                                  UNITED STATES MAGISTRATE JUDGE