IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| TONY LAMAR PINKARD, SR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 3:07-CV-70-MEF |
| ) | |
| CRAIG DAVIDSON, ) | |
| ) | |
| Defendant. ) | |

**ORDER ON MOTION**

Upon consideration of the motion for transfer of court documents filed by the plaintiff on March 16, 2007 (Court Doc. No. 14), and as the court does not deem the requested action necessary in this case, it is

ORDERED that this motion be and is hereby DENIED.

Done this 19th day of March, 2007.

                                                   /s/ Wallace Capel, Jr.
                                                 WALLACE CAPEL, JR.
                                                 UNITED STATES MAGISTRATE JUDGE