IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| TONY LAMAR PINKARD, SR., ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 3:07-CV-70-MEF |
| ) | |
| CRAIG DAVIDSON, ) | |
| ) | |
|     Defendant. ) | |

**ORDER**

In a separate case recently filed by the plaintiff, *Pinkard v. Melton, et al.*, Case No. 3:07-CV-735-WKW, this court entered an order, a copy of which the Clerk mailed to the plaintiff. This order could not be delivered because the plaintiff was no longer at the address he had provided for service in the above-styled case. In the order of procedure, the court instructed the plaintiff that he must immediately inform the court of any new address. *See Order of January 24, 2007 - Court Document No. 4* at 5. It is clear from the foregoing that the plaintiff has failed to comply with this requirement. This case cannot properly proceed in this court if the whereabouts of the plaintiff remain unknown. Accordingly, it is

ORDERED on or before September 6, 2007 the plaintiff shall show cause why this case should not be dismissed for his failure to comply with the orders of this court and his failure to adequately prosecute this action. The plaintiff is specifically ***cautioned*** that if he

fails to respond to this order the Magistrate Judge will recommend that this case be dismissed.

    Done this 27th day of August, 2007.


        /s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE