IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| TONY LAMAR PINKARD, SR., | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO.: 3:07-CV-70-MEF ) |
| CRAIG DAVIDSON, | ) ) |
| Defendant. | ) |

## MOTION TO WITHDRAW

COMES NOW Scott W. Gosnell of the law firm of Webb & Eley, P.C., and moves this Court for permission to withdraw from the representation of Craig Davidson, Defendant in the above-styled cause. As grounds for this Motion, the undersigned states that he will no longer be employed with the firm of Webb & Eley, P.C..

WHEREFORE, Scott W. Gosnell respectfully requests an order from this Court that releases him from representation of said Defendant.

Respectfully submitted this the 13th day of February, 2008.

s/Scott W. Gosnell
SCOTT W. GOSNELL (GOS002)

OF COUNSEL:

WEBB & ELEY, P.C.
7475 Halcyon Pointe Drive (36117)
Post Office Box 240909
Montgomery, Alabama  36124
Telephone:  (334) 262-1850
Fax:  (334) 262-1889
E-mail:  sgosnell@webbeley.com

1

## CERTIFICATE OF SERVICE

I hereby certify that on this the 13th day of February, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF and served the following by U.S. Mail:

Tony Lamar Pinkard, Jr.
Roanoke City Jail
30 West Point Street
Roanoke, Alabama  36274

                                          **s/Scott W. Gosnell**
                                          OF COUNSEL