IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| TONY LAMAR PINKARD, SR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:07-CV-70-MEF |
| | ) |
| CRAIG DAVIDSON, | ) |
| | ) |
| Defendant. | ) |

**ORDER ON MOTION**

Upon consideration of the motion to withdraw as counsel for the defendant filed by Scott W. Gosnell on February 13, 2008 (Court Doc. No. 20) and for good cause, it is

ORDERED that the motion to withdraw be and is hereby GRANTED.

Done this 14th day of February, 2008.

                                                                               /s/ Wallace Capel, Jr.
                                                          WALLACE CAPEL, JR.
                                                          UNITED STATES MAGISTRATE JUDGE