IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| TONY LAMAR PINKARD, SR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: 3:07-CV-70-MEF |
| | ) |
| CRAIG DAVIDSON, | ) |
| | ) |
| Defendant. | ) |

## MOTION TO WITHDRAW

COMES NOW Joseph L. Hubbard, Jr. of the law firm of Webb & Eley, P.C., and moves this Court for permission to withdraw from the representation of Craig Davidson, Defendant in the above-styled cause.  As grounds for this Motion, the undersigned states that he will no longer be employed with the firm of Webb & Eley, P.C.  Jamie K. Hill, of the firm Webb & Eley, P.C. will be entering a Notice of Appearance for said Defendant contemporaneously with the filing of this Motion.

WHEREFORE, Joseph L. Hubbard, Jr. respectfully requests an order from this Court that releases him from representation of Defendant.

Respectfully submitted this the 30th day of May, 2008.

s/Joseph L. Hubbard, Jr.
JOSEPH L. HUBBARD, JR., Bar No. HUBBJ5825
WEBB & ELEY, P.C.
Post Office Box 238
Montgomery, Alabama  36101-0238
Telephone: (334) 262-1850
Fax: (334) 262-1889
E-mail:  jhubbard@webbeley.com

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on this the 30th day of May, 2008, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that I have mailed a true and correct copy of the foregoing by United States Mail, postage prepaid, to the following non-CM/ECF participant:

Tony Lamar Pinkard, Jr.
Roanoke City Jail
30 West Point Street
Roanoke, Alabama  36274

                                      **s/Joseph L. Hubbard, Jr.**
                                      OF COUNSEL