IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
EASTERN DIVISION

TONY LAMAR PINKARD, SR.,          )
                                  )
    Plaintiff,              )
v.                                )    CASE NO. 3:07-cv-0070-MEF
                                  )
CRAIG DAVIDSON,                   )  (WO- Do Not Publish)
                                  )
    Defendant.              )

## O R D E R

On  June 2, 2008, the Magistrate Judge filed a Recommendation (Doc. #25) in this

case to which no timely objections have been filed.  Upon an independent review of the file

in this case and upon consideration of the Recommendation of the Magistrate Judge, it is the

ORDER, JUDGMENT and DECREE of the court that:

1.  The Recommendation of the Magistrate Judge is ADOPTED.

2.  This case is DISMISSED without prejudice for failure of the plaintiff to properly

prosecute this action and his failure to comply with the orders of this court.

DONE this 24th day of June, 2008.


                    /s/ Mark E. Fuller
                 CHIEF UNITED STATES DISTRICT JUDGE